**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 582 MAL 2022

            Respondent                   :

                                     :   Petition for Allowance of Appeal
                                     :   from the Order of the Superior Court

           v.                          :

ANTHONY DION SHAW,                :

            Petitioner                    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 31st day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.